# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ETUATE SEKONA,                           No. 2:16-CV-0517-CMK-P

       Plaintiff,

    vs.                                  <u>ORDER</u>

F. CUSTINO, et al.,

       Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

DATED: July 12, 2018

                    _____
                    **CRAIG M. KELLISON**
                    UNITED STATES MAGISTRATE JUDGE