# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ETUATE SEKONA,

    Plaintiff,

v.

F. CUSTINO, et al.,

    Defendants.

No. 2:16-CV-0517-JAM-CMK-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 20, 2018, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. The Magistrate Judge has recommended dismissal of Charon and Angle as defendants to this action, as well as denial of plaintiff's motion for injunctive relief. While plaintiff has not filed objections to the findings and recommendations, he has filed a motion requesting voluntary dismissal of defendants Charon and Angle.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2018, are adopted in full;
2. Plaintiff's motion for voluntary dismissal of defendant Charon and Angle (Doc. 71) is granted;
3. Defendants Charon and Angle are dismissed and this action shall proceed as against defendants Custino and Snow; and
4. Plaintiff's motion for injunctive relief (Doc. 60) is denied.

DATED: September 27, 2018 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATED DISTRICT COURT JUDGE