# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>Plaintiff,<br><br>v.<br><br>F. CUSTINO, et al.,<br><br>Defendants. | No. 2:16-CV-0517-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's motions for an extension of time to file responses to defendants' motions for summary judgment and to stay discovery (Docs. 86 and 89); and (2) defendants' motion to stay discovery (Doc. 83). Plaintiff's motion for a temporary restraining order (Doc. 85) will be addressed separately.

Good cause appearing therefor, plaintiff's motions for an extension of time are granted. Plaintiff's oppositions to defendants' motions for summary judgment and to stay discovery, filed as a single pleading on January 2, 2019 (Doc. 90), are deemed timely.

/ / /

/ / /

/ / /

/ / /

Defendants seek an order staying discovery pending resolution of their motion for summary judgment based on failure to exhaust administrative remedies. Good cause appearing therefor, the request is granted. Discovery is stayed pending resolution of defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: January 9, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE