IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETUATE SEKONA,** | Case No. 2:16-cv-0517-JAM-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **F. CUSTINO, et al.,** | |
| Plaintiffs. | |

Defendants' request to conduct Plaintiff Etuate Sekona's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: February 4, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1