# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>F. CUSTINO, et al.,<br><br>　　Defendants. | No. 2:16-CV-0517-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for appointment of a Tongan interpreter at his deposition (Doc. 106). Defendants oppose plaintiff's motion, indicating the request is moot because plaintiff's deposition has been completed with a Tongan interpreter present. Because plaintiff's request is moot, the motion is denied.

　　IT IS SO ORDERED.

Dated: March 26, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1