# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ETUATE SEKONA,

    Plaintiff,

v.

F. CUSTINO, et al.,

    Defendants.

No. 2:16-CV-0517-JAM-DMC-P

ORDER

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel further discovery responses (ECF No. 111).

        In his motion, plaintiff seeks further responses to discovery requests apparently served on or about January 3, 2019. Plaintiff attaches copies of his discovery requests, but does not provide the court with defendants' allegedly deficient responses thereto. As defendants note, the moving party bears the burden of showing actual prejudice in the context of a discovery motion. See Hallett v. Morgan, 296 F.3d 732, 751 (9th Cir. 2002). Additionally, under Local Rule 251, motions to compel must contain a statement of the "contentions of each party as to each contested issue. . . ." The rule further provides that "[e]ach specific interrogatory, deposition question, or other item objected to, or concerning which a protective order is sought, and the objection thereto, shall be reproduced in full." See id. Because plaintiff has not provided the

1

court with defendants' responses to his discovery requests, plaintiff's motion fails to comply with these requirements. Plaintiff's motion is, therefore, deficient as it fails to provide the court with the necessary information to evaluate the dispute and make a decision. Plaintiff's motion is denied without prejudice to a renewed motion, compliant with the applicable procedural requirements, timely filed within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: May 29, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE