# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | No. 2:16-CV-0517-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| F. CUSTINO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 4, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 4, 2019, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 118) is denied as to plaintiff's Eighth Amendment safety claim against defendant Custino;

3. Defendants' motion for summary judgment (ECF No. 118) is granted as to plaintiff's Fourteenth Amendment due process claim against defendant Snow;

4. Plaintiff's motion for summary judgment (ECF No. 127) is denied in its entirety;

5. Judgement is granted in favor of defendant Snow as a matter of law; and

6. This matter shall proceed on plaintiff's Eighth Amendment safety claim against defendant Custino only.

DATED: November 21, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE