IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETUATE SEKONA,**<br><br>Plaintiff,<br><br>v.<br><br>**F. CUSTINO, et al.,**<br><br>Defendants. | Case No. 2:16-cv-00517-JAM (DMC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE STATUS REPORT** |

Having read and considered Defendant's first request for extension of time to file his status report, the declaration of Defendant's counsel supporting the request, and for good cause appearing, the request is **GRANTED**.

Defendant may file and serve their status response thirty days after the Court rules on Defendant's pending motion for terminating sanctions, if still necessary.

**IT IS SO ORDERED**.

Dated: November 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE