IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | No. 2:16-CV-0517-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| F. CUSTINO, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion, ECF No. 179, for a stay of proceedings.

Defendant seeks a stay of proceedings pending the Court's final ruling on Defendant's motion for terminating sanctions. Defendant's motion is denied as unnecessary because, as explained in the accompanying order, the Court will re-set the only remaining deadline – submission of status reports – to 30 days from the Court's final ruling on the motion for terminating sanctions.

IT IS SO ORDERED.

Dated: July 6, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1