UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>           Plaintiff,<br><br>   v.<br><br>F. CUSTINO,<br><br>           Defendant. | No. 2:16-cv-00517-TLN-DMC<br><br>**ORDER** |

      Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules.

      On August 22, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within fourteen days.  (ECF No. 200.)  Plaintiff filed objections to the findings and recommendations.  (ECF No. 201.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 22, 2022 (ECF No. 200) are ADOPTED in full;

2. Defendant's Motion for Terminating Sanctions (ECF No. 178) is DENIED;

3. Plaintiff's Motions for Sanctions (ECF Nos. 185, 187) are DENIED;

4. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 196) is DENIED as untimely; and

5. The matter is referred back to the assigned magistrate judge for preparation of a pre-trial order.

**DATED: September 29, 2022**

Troy L. Nunley
United States District Judge