# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. CUSTINO,<br><br>　　　　Defendant. | No. 2:16-CV-0517-TLN-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 202, for an extension of time to file a status report. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to confusion as to the due date, Plaintiff's motion is granted. Defendant has filed his status report. Plaintiff's status report will be due within 30 days of the date of this order.

　　　　The status report must address the following:

　　　　1.　　Whether this matter is ready for trial and, if not, why not;

　　　　2.　　Whether additional discovery is deemed necessary and, if so, the nature and scope of the discovery and the time needed in which to complete it;

/ / /

/ / /

1

3. Whether a pretrial motion is contemplated and, if so, the type of motion and the time needed to file the motion and complete the time schedule set forth in Local Rule 230(m);

4. A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

5. A list of all exhibits to be offered into evidence at the trial of the case;

6. A list of the names and addresses of all witnesses the party intends to call;

7. A summary of the anticipated testimony of any incarcerated witnesses;

8. The time estimated for trial;

9. Whether either party still requests trial by jury;

10. As to any defendants who remain unserved, the parties shall address whether such defendants should be dismissed under Federal Rule of Civil Procedure 4(m); and

11. Any other matter, not covered above, which the party desires to call to the attention of the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time, ECF No. 202, is granted and Plaintiff's status report is due within 30 days of the date of this order.

Dated: November 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE